A. J. SHARP, ESQ.
Nevada Bar No. 11457
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GINA SCHNEIDER,

            Plaintiff,

v.

WAL-MART STORES, INC., a Foreign
Corporation; DOES 1 through 20; ROE
BUSINESS ENTITIES 1 through 20, inclusive
jointly and severally,

            Defendants.

Case No.: 2:13-cv-01450-APG-VCF

**STIPULATION AND ORDER FOR**
**DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//

//

//

//

//

//

//

//

//

//

- 1 -

party's own costs and attorney's fees.

DATED this ___ day of _____, 2014.

**RICHARD HARRIS LAW FIRM**

_____
Samantha A. Martin, Esq.
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*
*Gina Schneider*

DATED this ___ day of _____, 2014.

**PHILLIPS, SPALLAS & ANGSTADT**

_____
A. J. Sharp, Esq.
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 6th day of February, 2014.

_____
**UNITED STATES DISTRICT JUDGE**