A. J. SHARP, ESQ.
Nevada Bar No. 11457
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GINA SCHNEIDER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., a Foreign Corporation; DOES 1 through 20; ROE BUSINESS ENTITIES 1 through 20, inclusive jointly and severally,<br><br>　　　　　Defendants. | Case No.: 2:13-cv-01450-APG-VCF<br><br>**<u>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE</u>** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//
//
//
//

- 1 -

party's own costs and attorney's fees.

DATED this 7th day of January, 2014.　　　DATED this 5th day of January, 2014.

**RICHARD HARRIS LAW FIRM**　　　　　　**PHILLIPS, SPALLAS & ANGSTADT**

_____　　　　_____
Samantha A. Martin, Esq.　　　　　　　　A. J. Sharp, Esq.
801 South Fourth Street　　　　　　　　　504 South Ninth Street
Las Vegas, Nevada 89101　　　　　　　　　Las Vegas, Nevada 89101
*Attorneys for Plaintiff*　　　　　　　　　*Attorneys for Defendant*
*Gina Schneider*　　　　　　　　　　　　　*Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 6th day of February, 2014.

_____
**UNITED STATES DISTRICT JUDGE**